**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6221**

---

MICHAEL THURSTON,

         Plaintiff - Appellant,

    v.

DR. WILLIAM MCKENNA, License #08100006009, Independent Evaluator; ALEXANDER M. CLARK, Special Justice; HENRICO DOCTORS' HOSPITAL,

         Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00488-RCY-MRC)

---

Submitted:  May 22, 2025                        Decided:  May 28, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Thurston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Thurston appeals the district court's order denying relief on Thurston's 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Thurston v. McKenna*, No. 3:24-cv-00488-RCY-MRC (E.D. Va., Feb. 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2